IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MBEWE, | No. 4:21-CV-00654 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THERESA A. DELBALSO, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 16th day of August 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 39) to dismiss the second amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Mbewe's Fourteenth Amendment claim of deprivation of property without due process is **DISMISSED** with prejudice.

3. Mbewe's First and Fourteenth Amendment access-to-courts claim is **DISMISSED** without prejudice.

4. Mbewe's First Amendment free-speech legal mail interference claim is **DISMISSED** without prejudice.

5. Mbewe, if desired, may file a third amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order, or on or before **September 6, 2022**.

- 2 -

6. If no third amended complaint is timely filed, the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge