**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHRISTOPHER MBEWE,

       Plaintiff.

    v.

THERESA A. DELBALSO, *et al.*,

       Defendants.

No. 4:21-CV-00654

(Chief Judge Brann)

## ORDER

**AND NOW**, this 17th day of May 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 67) to dismiss the third amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Mbewe's third amended complaint (Doc. 69) is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge