IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MBEWE, | No. 4:21-CV-00654 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THERESA A. DELBALSO, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 6th day of July 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that Mbewe's motion (Doc. 90) for reconsideration pursuant to Federal Rule of Civil Procedure 59(e) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge